IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Clarence L. Odom, #276580               ) | |
|                                                               ) | |
|              Petitioner,              ) | |
|                                                               ) | |
| vs.                                                        ) | Civil Action No.: 8:08-183-TLW-BHH |
|                                                               ) | |
| Warden of Turbeville Correctional   ) | |
| Institution,                                            ) | |
|                                                               ) | |
|              Respondent.            ) | |
| _____) | |

# ORDER

On January 25, 2008, the petitioner, Clarence L. Odom, ("petitioner") proceeding *pro se*, filed this petition for a writ of habeas corpus pursuant to 42 U.S.C. § 2254. (Doc. #1). The respondent filed a Motion for Summary Judgment on June 12, 2008. (Doc. #15). The petitioner filed a Response in Opposition to respondent's Motion on August 4, 2008. (Doc. #22). The case was referred to Magistrate Judge Bruce Howe Hendricks pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #23). On November 13, 2008 the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the respondent's Motion for Summary Judgment be granted and that the action be dismissed with prejudice. (Doc. #23). The petitioner filed no objections to the report. Objections were due on December 1, 2008.

This Court is charged with conducting a de novo review of any portion of the Magistrate

1

Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #23).

**IT IS SO ORDERED**.

                  s/Terry L. Wooten
                  United States District Judge

January 8, 2009
Florence, South Carolina